**Entered on Docket**
**December 16, 2013**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed December 16, 2013

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Stanley Kirk Burrell,<br>Stephanie Darlene Burrell,<br><br>               Debtors.<br>_____<br>BMG Rights Management (US), LLC,<br><br>               Plaintiff,<br>v.<br><br>Capitol Records, LLC dba EMI Records,<br><br>               Defendant.<br>_____ | Case No. 96-42564<br><br>Chapter 7<br><br>Adversary No. 13-04028 |

## MEMORANDUM REGARDING MATTER TAKEN UNDER SUBMISSION

A hearing on Defendant's Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(1) was held on December 11, 2013. Appearances were as noted on the record. During oral argument opposing the Motion, Plaintiff raised the unpublished decision of this Circuit's Bankruptcy Appellate Panel, *In re Stokes*, BAP No. MT-13-1097 (9th Cir. B.A.P. Sept. 23, 2013), arguing that *Stokes* indicates that the recent Ninth Circuit opinion of *Wilshire Courtyard* would be equally apt in determining bankruptcy court jurisdiction in chapter 7 cases.

1   The Court issued a tentative ruling granting the Motion to Dismiss for the reasons stated
2   on the record, but indicated that it would read and consider the B.A.P.'s decision in *Stokes* before
3   entering any orders or judgments pursuant to the tentative ruling. Having read and considered
4   *Stokes*, the Court determines that its analysis of "related to" and ancillary jurisdiction as stated in
5   its tentative should stand as *Stokes* contains no new statement of the law relevant to the present
6   determination and concerns facts and circumstances not apposite to the present case.
7   Based upon the foregoing, the Court will hereby CONFIRM its tentative ruling which
8   results in dismissal for lack of subject matter jurisdiction under Rule 12(b)(1). Having prevailed
9   on its Motion, Defendant will prepare an order dismissing the case for the reasons stated on the
10  record.

**END OF MEMORANDUM**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Michael St. James |
| | St. James Law |
| 3 | 155 Montgomery St. #1004 |
| | San Francisco, CA 94104 |
| 4 | |
| | Clair G. Burrill |
| 5 | Clair G. Burrill, P.C. |
| | 501 S Reito Rd. #300 |
| 6 | Thousand Oaks, CA 91320 |
| 7 | Richard A. Lapping |
| | Law Office of Richard A. Lapping |
| 8 | 540 Pacific Ave. |
| | San Francisco, CA 94133 |